# **EXHIBIT A**

| **SUBJECT PHOTOGRAPHY** |
|---|
|  |