# EXHIBIT B

| **INFRINGING USE** |
|---|
| *https://www.boxingscene.com/mike-tyson-reflects-on-murder-tupac-leaving-seldon-fight--115373*  |